UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE McCOY, | No. 2:13-cv-0952 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, proceeding pro se in this action, has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff's in forma pauperis application, however, states that plaintiff receives roughly $2,000 a month in income, has roughly $1,000 a month in expenses and has $5,900 in cash on hand or in a checking or savings account. (Doc. No. 2 at 2.)

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees . . . by a person who submits an affidavit" showing that he is unable to pay such fees. 28 U.S.C. § 1915(a). In light of plaintiff's stated financial situation, however, plaintiff has failed to show that he is unable to pay the filing fees. Thus, plaintiff has made an inadequate showing of indigency. See Olivares v. Marshall, 59

1  F.3d 109, 111 (9th Cir. 1995) ("Requiring the payment of fees according to a plaintiff's ability to
2  pay serves the dual aims of defraying some of the judicial costs of litigation and screening out
3  frivolous claims.")  Plaintiff will therefore be granted twenty-one days in which to submit the
4  appropriate filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee
5  will result in a recommendation that the application to proceed in forma pauperis be denied and
6  that the instant action be dismissed without prejudice.

7  Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the
8  date of this order, plaintiff shall submit the appropriate filing fee.  Failure to comply with this
9  order in a timely manner may result in a recommendation that this action be dismissed.

10  Dated: September 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/mccoy0952.ifp.den.docx