UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE McCOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　Defendant. | No.  2:13-cv-0952 DAD<br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se, commenced this action on May 14, 2013, by filing a complaint and an application to proceed in forma pauperis.  On September 30, 2013, the court found that plaintiff's application to proceed in forma pauperis failed to show that he was unable to pay the filing fees required to commence this action.  (Doc. No. 3.)  Plaintiff was therefore ordered to submit the appropriate filing fees within twenty-one days.

　　　　On October 10, 2013, plaintiff filed an amended complaint, (Doc. No. 4), another application to proceed in forma pauperis, (Doc. No. 5), and a motion for reconsideration of the court's September 30, 2013 order.  (Doc. No. 6.)  However, on October 18, 2013, plaintiff paid the required filing fees necessary to commence this action.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 10, 2013 application to proceed in forma pauperis (Doc. No. 5) is denied as moot;

2. Plaintiff's October 10, 2013 motion for reconsideration (Doc. No. 6) is denied as moot; and

3. The Clerk of the Court is directed to issue process and to serve upon plaintiff the undersigned's Scheduling Order and Order re Consent or Request for Reassignment for social security cases.

Dated:  October 24, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/mccoy0952.mot.recon.den.docx