UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MCCOY, | No. 2:13-cv-0952 JAM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rules 302(c)(15) and (c)(21).

On February 05, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 05, 2015 (Dkt. No. 25) are adopted in full;

2. Plaintiff's motion for summary judgment (Dkt. No. 11) is denied;

3. Defendant's cross-motion for summary judgment (Dkt. No. 22) is granted; and

4. The decision of the Commissioner of Social Security is affirmed.

DATED: March 6, 2015

                              John A. Mendez_____

                              UNITED STATES DISTRICT COURT JUDGE

/mccoy0952